**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Cruz DIAZ–CAMARILLO, Defendant–Appellant.**

No. 03–10783
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 23, 2004.

Nancy E. Larson, Assistant US Attorney, Bret E. Helmer, US Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Jose Cruz Diaz–Camarillo, Federal Correctional Institution, Oakdale, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM.[*]

Court-appointed counsel for Jose Cruz Diaz–Camarillo has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Diaz–Camarillo has filed a response in which he raises several claims, including claims of ineffective assistance of trial counsel. The record has not been adequately developed for us to consider in this direct appeal the ineffective assistance claims raised by Diaz–Camarillo. *See United States v. Higdon,* 832 F.2d 312, 313–14 (5th Cir.1987); *see United States v. Price,* 95 F.3d 364, 369 (5th Cir.1996).

Our independent review of counsel's brief, Diaz–Camarillo's response, and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.